# EXHIBIT 1

Int. Cls.: **18 and 21**

Prior U.S. Cls.: **1, 2, 3, 13, 22, 23, 29, 30, 33, 40, 41, and 50**

Reg. No. 2,709,593

## United States Patent and Trademark Office

Registered Apr. 22, 2003

### TRADEMARK
### PRINCIPAL REGISTER

## OUTWARD HOUND

KYJEN COMPANY, INC., THE (CALIFORNIA CORPORATION)
P.O. BOX 793
HUNTINGTON BEACH, CA 92648

FOR: DOG CLOTHING; AND DOG BACKPACKS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 3-0-1997; IN COMMERCE 4-0-1998.

FOR: PORTABLE DOG FEEDING DISHES; AND PORTABLE CONTAINERS FOR DOG FOODS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 3-0-1997; IN COMMERCE 4-0-1998.

SN 75-458,781, FILED 3-30-1998.

MITCHELL FRONT, EXAMINING ATTORNEY

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, April 16, 2013 11:01 PM |
| **To:** | diane@patentpartnersllc.com |
| **Subject:** | Trademark RN 2709593: Official Notice of Acceptance and Renewal under Sections 8 and 9 of the Trademark Act |

**Serial Number:** 75458781
**Registration Number:** 2709593
**Registration Date:** Apr 22, 2003
**Mark:** OUTWARD HOUND
**Owner:** Kyjen Company, Inc., The

Apr 16, 2013

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

### NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
018, 021

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=75458781.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 3,278,965

Registered Aug. 14, 2007

**TRADEMARK**
**PRINCIPAL REGISTER**

# Hide A Squirrel

THE KYJEN COMPANY, INC. (CALIFORNIA
CORPORATION)
P.O. BOX 793
HUNTINGTON BEACH, CA 92648

FOR: DOG TOYS, IN CLASS 28 (U.S. CLS. 22, 23, 38
AND 50).

FIRST USE 11-21-2002; IN COMMERCE 3-28-2003.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-028,347, FILED 10-24-2006.

HANNO RITTNER, EXAMINING ATTORNEY

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Monday, November 7, 2016 11:01 PM |
| **To:** | diane@patentpaertnersllc.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 3278965: HIDE A SQUIRREL |

**Serial Number:**  77028347
**Registration Number:**  3278965
**Registration Date:**  Aug 14, 2007
**Mark:**  HIDE A SQUIRREL
**Owner:**  THE KYJEN COMPANY, LLC

Nov 7, 2016

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

### NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
028

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

#### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=77028347.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

# United States of America

## United States Patent and Trademark Office

# Fun Feeder

**Reg. No. 5,412,084**

**Registered Feb. 27, 2018**

**Int. Cl.: 21**

**Trademark**

**Principal Register**

THE KYJEN COMPANY, LLC (COLORADO LIMITED LIABILITY COMPANY)
15514 E. Hinsdale Circle
Centennial, COLORADO 80112

CLASS 21: Pet feeding and drinking bowls

FIRST USE 1-1-2017; IN COMMERCE 1-1-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown:
"FEEDER"

SER. NO. 87-536,733, FILED 07-20-2017



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# Tower of Tracks

**Reg. No. 5,428,383**

**Registered Mar. 20, 2018**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

the Kyjen Company, LLC (COLORADO LIMITED LIABILITY COMPANY)
15514 E. Hinsdale Circle
Centennial, COLORADO 80112

CLASS 28: Cat toys

FIRST USE 5-1-2013; IN COMMERCE 6-1-2013

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-581,187, FILED 08-23-2017



Director of the United States
Patent and Trademark Office

**900340806      10/14/2015**

## TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

ETAS ID: TM358530

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | CHANGE OF NAME |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| The Kyjen Company, Inc. | | 08/26/2012 | CORPORATION: CALIFORNIA |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | THE KYJEN COMPANY, LLC |
| Street Address: | 15514 EAST HINSDALE CIRCLE |
| City: | CENTENNIAL |
| State/Country: | COLORADO |
| Postal Code: | 80112 |
| Entity Type: | LIMITED LIABILITY COMPANY: COLORADO |

**PROPERTY NUMBERS Total: 19**

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 4008839 | DOG GAMES |
| Registration Number: | 3424468 | DOGGIE JOGGER |
| Registration Number: | 3424467 | MEGA SQUEAK SQUEAKER MAT |
| Registration Number: | 2908525 | PIP SQEAKS |
| Registration Number: | 2881726 | POLYTEX |
| Registration Number: | 3111129 | BUNGEES |
| Registration Number: | 3813030 | DISPOSE-A-BOWL |
| Registration Number: | 4239599 | DOG GAMES |
| Registration Number: | 3605948 | SPACE |
| Registration Number: | 3611770 | POOCH PICK-UP |
| Registration Number: | 3460650 | LAUNCH-A-BALL |
| Registration Number: | 3279263 | WALK 'N ROLL |
| Registration Number: | 3282284 | FLEECY CLEANS |
| Registration Number: | 3279252 | PORT-A-BOWL |
| Registration Number: | 3278965 | HIDE A SQUIRREL |
| Registration Number: | 3278963 | BABBLE BUDDIES |
| Registration Number: | 2677717 | INTELLIBONE |
| Registration Number: | 3203221 | PLUSH PUPPIES |
| Registration Number: | 2709593 | OUTWARD HOUND |

CH $490.00      4008839

**CORRESPONDENCE DATA**

| | |
|---|---|
| **Fax Number:** | 2165790212 |

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| **Phone:** | 216-586-3939 |
| **Email:** | mzadd@jonesday.com, pcyngier@jonesday.com |
| **Correspondent Name:** | MICHAEL A. ZADD |
| **Address Line 1:** | 901 LAKESIDE AVENUE |
| **Address Line 2:** | JONES DAY |
| **Address Line 4:** | CLEVELAND, OHIO 44114 |

| | |
|---|---|
| **ATTORNEY DOCKET NUMBER:** | 560255-037001-KYJEN |
| **NAME OF SUBMITTER:** | MICHAEL A. ZADD |
| **SIGNATURE:** | /MICHAEL A. ZADD/ |
| **DATE SIGNED:** | 10/14/2015 |

**Total Attachments: 36**

source=Articles of Organization - The Kyjen Company, LLC#page1.tif
source=Articles of Organization - The Kyjen Company, LLC#page2.tif
source=Articles of Organization - The Kyjen Company, LLC#page3.tif
source=Articles of Organization - The Kyjen Company, LLC#page4.tif
source=Articles of Organization - The Kyjen Company, LLC#page5.tif
source=Articles of Organization - The Kyjen Company, LLC#page6.tif
source=Articles of Organization - The Kyjen Company, LLC#page7.tif
source=Articles of Organization - The Kyjen Company, LLC#page8.tif
source=Articles of Organization - The Kyjen Company, LLC#page9.tif
source=Articles of Organization - The Kyjen Company, LLC#page10.tif
source=Articles of Organization - The Kyjen Company, LLC#page11.tif
source=Articles of Organization - The Kyjen Company, LLC#page12.tif
source=Articles of Organization - The Kyjen Company, LLC#page13.tif
source=Articles of Organization - The Kyjen Company, LLC#page14.tif
source=Articles of Organization - The Kyjen Company, LLC#page15.tif
source=Articles of Organization - The Kyjen Company, LLC#page16.tif
source=Articles of Organization - The Kyjen Company, LLC#page17.tif
source=Articles of Organization - The Kyjen Company, LLC#page18.tif
source=Articles of Organization - The Kyjen Company, LLC#page19.tif
source=Articles of Organization - The Kyjen Company, LLC#page20.tif
source=Articles of Organization - The Kyjen Company, LLC#page21.tif
source=Articles of Organization - The Kyjen Company, LLC#page22.tif
source=Articles of Organization - The Kyjen Company, LLC#page23.tif
source=Articles of Organization - The Kyjen Company, LLC#page24.tif
source=Articles of Organization - The Kyjen Company, LLC#page25.tif
source=Articles of Organization - The Kyjen Company, LLC#page26.tif
source=Articles of Organization - The Kyjen Company, LLC#page27.tif
source=Articles of Organization - The Kyjen Company, LLC#page28.tif
source=Articles of Organization - The Kyjen Company, LLC#page29.tif
source=Articles of Organization - The Kyjen Company, LLC#page30.tif
source=Articles of Organization - The Kyjen Company, LLC#page31.tif

source=Articles of Organization - The Kyjen Company, LLC#page32.tif
source=Articles of Organization - The Kyjen Company, LLC#page33.tif
source=Articles of Organization - The Kyjen Company, LLC#page34.tif
source=Articles of Organization - The Kyjen Company, LLC#page35.tif
source=Articles of Organization - The Kyjen Company, LLC#page36.tif

**900609055     04/13/2021**

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

ETAS ID: TM638859

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | RELEASE OF SECURITY INTEREST |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Fidus Investment Corporation, as Collateral Agent | | 04/05/2021 | Corporation: MARYLAND |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | The Kyjen Company, LLC |
| Street Address: | 15514 E Hinsdale Circle, Unit A |
| City: | Centennial |
| State/Country: | COLORADO |
| Postal Code: | 80112 |
| Entity Type: | Limited Liability Company: COLORADO |

**PROPERTY NUMBERS Total: 129**

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 4601518 | "PICK UP WHERE YOUR DOG LEFT OFF" |
| Registration Number: | 5134846 | 3IN1 UP FEEDER |
| Registration Number: | 4633924 | BEYOND BONE |
| Registration Number: | 5003813 | BONEBLEND |
| Registration Number: | 5068258 | BUZZWOOF |
| Registration Number: | 4249477 | CAGEY CUBE |
| Registration Number: | 5353694 | CATNIP BLASTED CATNIP ATTACHED TO HELP I |
| Registration Number: | 5359645 | CHICK-A-BONE |
| Registration Number: | 4359507 | CRUNCHCORE |
| Registration Number: | 5116333 | DEERHORN |
| Registration Number: | 4239599 | DOG GAMES |
| Registration Number: | 4008839 | DOG GAMES |
| Registration Number: | 4232744 | DOG GAMES PUZZLE TOYS |
| Registration Number: | 3424468 | DOGGIE JOGGER |
| Registration Number: | 4553649 | DOGGY BLOCKS SPINNER |
| Registration Number: | 4514817 | DOGWOOD |
| Registration Number: | 3753697 | DUBLIN DOG |
| Registration Number: | 3477707 | DUBLIN DOG YOU SHOULD BE SO LUCKY. |
| Registration Number: | 5060029 | ELKRIDGE |

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 5109632 | EVER CRUNCH |
| Registration Number: | 4234134 | EXTREME HIDE A SQUIRREL |
| Registration Number: | 5079507 | FINITY |
| Registration Number: | 5068608 | FIRE BITERZ |
| Registration Number: | 3282284 | FLEECY CLEANS |
| Registration Number: | 5418287 | FUN FEEDER SLO BOWL |
| Registration Number: | 4612840 | GIVE THE GIFT OF PLAY |
| Registration Number: | 3692958 | GREENMAGIC |
| Registration Number: | 4835764 | HANDS FREE HIPSTER |
| Registration Number: | 3248440 | HEALTHY PORTION |
| Registration Number: | 4157501 | HIDE A BEE |
| Registration Number: | 4160602 | HIDE A BIRD |
| Registration Number: | 3278965 | HIDE A SQUIRREL |
| Registration Number: | 4157870 | INDESTRUCTIBLES |
| Registration Number: | 4028886 | INSTINCT CONTOUR NESTING BEDS |
| Registration Number: | 2677717 | INTELLIBONE |
| Registration Number: | 4012367 | INVINCIBLES |
| Registration Number: | 4685511 | INVIRONMENT |
| Registration Number: | 4157847 | IQUBE |
| Registration Number: | 4396343 | KAZOOTIES |
| Registration Number: | 4124307 | KEEPING DOGS ACTIVE AND ENGAGED |
| Registration Number: | 4587649 | KEEPS SQUEAKIN' WHEN PUNCTURED |
| Registration Number: | 4249479 | KIBBLE DROP |
| Registration Number: | 4596176 | KYJEN |
| Registration Number: | 3460650 | LAUNCH-A-BALL |
| Registration Number: | 4163580 | LEASH MATE |
| Registration Number: | 4835765 | LUCKY DOG SLOTS |
| Registration Number: | 4828523 | MADCAP |
| Registration Number: | 4253348 | MOON ROVER RESCUE |
| Registration Number: | 5241084 | NEWHIDE |
| Registration Number: | 3783100 | OCCUPI |
| Registration Number: | 3051437 | ORKA |
| Registration Number: | 2709593 | OUTWARD HOUND |
| Registration Number: | 4912829 | OUTWARD HOUND RAISE THE WOOF |
| Registration Number: | 4931380 | OUTWARD HOUND RAISE THE WOOF |
| Registration Number: | 4246112 | PAW FLAPPER |
| Registration Number: | 4012600 | PAW HIDE |
| Registration Number: | 3340458 | PETSTAGES |

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 2930186 | PETSTAGES |
| Registration Number: | 3067057 | PETSTAGES |
| Registration Number: | 3340461 | PETSTAGES |
| Registration Number: | 4601504 | PFAT BAG |
| Registration Number: | 2908525 | PIP SQEAKS |
| Registration Number: | 4157895 | PLUSH BUDDIES |
| Registration Number: | 3203221 | PLUSH PUPPIES |
| Registration Number: | 4640942 | PLUSH PUPPIES SQUEAKER MAT |
| Registration Number: | 2881726 | POLYTEX |
| Registration Number: | 3611770 | POOCH PICK-UP |
| Registration Number: | 3279252 | PORT-A-BOWL |
| Registration Number: | 5263470 | PRODUCTS WITH PURPOSE |
| Registration Number: | 4157679 | PUZZLE PLUSH |
| Registration Number: | 5430255 | PUZZLE SCRATCH |
| Registration Number: | 5028061 | REBOUND |
| Registration Number: | 4533751 | RUFFWOOD |
| Registration Number: | 4601425 | SEEK.SQUEAK.REPEAT |
| Registration Number: | 5027965 | SLINGSOCK |
| Registration Number: | 4501130 | SLO-BOWL |
| Registration Number: | 3420018 | SMART PAW |
| Registration Number: | 5433590 | SNEAKY SQUEAKY BALL |
| Registration Number: | 4598864 | SPILL GUARD |
| Registration Number: | 5433523 | SSSUPREME SNAKES |
| Registration Number: | 4404158 | STAR SPINNER DOG TOY PUZZLE |
| Registration Number: | 4757258 | THE WOOF PACK |
| Registration Number: | 4287105 | THEY KEEP ON SQUEAKING EVEN WHEN PUNCTUR |
| Registration Number: | 4222076 | THOR |
| Registration Number: | 4222077 | THOR |
| Registration Number: | 4551944 | TIC-TAC-TWIRL |
| Registration Number: | 4828040 | TIGER SEAMZ |
| Registration Number: | 5241606 | TOUGH SEAMZ |
| Registration Number: | 5428383 | TOWER OF TRACKS |
| Registration Number: | 4278553 | TREAT TRIAD |
| Registration Number: | 4404159 | TREAT WHEEL DOG TOY PUZZLE |
| Registration Number: | 4923858 | TREATER TOTTER |
| Registration Number: | 4246111 | TUFF GUYS |
| Registration Number: | 4157911 | TUFF ONES |
| Registration Number: | 3279263 | WALK 'N ROLL |

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 4551892 | YIN-YANG-YUM |
| Registration Number: | 5497299 | DOG SMART |
| Registration Number: | 5497296 | DOG HIDE N' SLIDE |
| Registration Number: | 5497295 | DOG WORKER |
| Registration Number: | 5412084 | FUN FEEDER |
| Registration Number: | 4400254 | LIL' RIPPERS |
| Registration Number: | 5499608 | STROBE |
| Registration Number: | 4924485 | CAMPUS DOG |
| Registration Number: | 4497880 | SNOOP |
| Registration Number: | 4184375 | MAZEE |
| Registration Number: | 3222718 | PLANET CAT |
| Registration Number: | 3204691 | ZOOM FLYER |
| Registration Number: | 3209771 | SIT. SPEAK. ACT. |
| Registration Number: | 3204684 | DOUBLE-TUFF |
| Registration Number: | 3091455 | RECYCLEBALL |
| Registration Number: | 3091454 | RECYCLEBONE |
| Registration Number: | 3600204 | GUS |
| Registration Number: | 3541789 | WHISTLE BALL |
| Registration Number: | 3086569 | SNACK SACK |
| Registration Number: | 2916527 | ORBEE-TUFF |
| Registration Number: | 3881032 | WOOD CHUCK |
| Registration Number: | 3281982 | PLANET DOG EST. 1997 |
| Registration Number: | 3281985 | PLANET DOG |
| Registration Number: | 3530512 | RESCUE. RAISE. LOVE. ADOPT. |
| Registration Number: | 3522099 | WOOFMINSTER DOG SHOW |
| Registration Number: | 3458983 | SLOBBER-WICK |
| Registration Number: | 2490662 | PLANET DOG |
| Registration Number: | 2816881 | LIFE'S A BONE |
| Registration Number: | 2536601 | ORBEE |
| Registration Number: | 2169756 | PLANET DOG |
| Serial Number: | 87302049 | CHEW SHIELD TECHNOLOGY |
| Serial Number: | 87289577 | INVINCIBLE SQUEAKERS KEEPS SQUEAKIN' IF |
| Serial Number: | 87681428 | HEDGEHOGZ |
| Serial Number: | 88082547 | GURU |

**CORRESPONDENCE DATA**

**Fax Number:**                    2027568087

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| **Phone:** | 202-756-8000 |
| **Email:** | ipdocketmwe@mwe.com, eatkins@mwe.com, jmikulina@mwe.com, kdelcoure@mwe.com |
| **Correspondent Name:** | Eleanor B. Atkins |
| **Address Line 1:** | McDermott Will & Emery LLP |
| **Address Line 2:** | 500 North Capitol Street, NW |
| **Address Line 4:** | Washington, D.C. 20001-1531 |

| | |
|---|---|
| **ATTORNEY DOCKET NUMBER:** | 104930-0011 |
| **NAME OF SUBMITTER:** | Eleanor B. Atkins |
| **SIGNATURE:** | /Eleanor Atkins/ |
| **DATE SIGNED:** | 04/13/2021 |

**Total Attachments: 15**
source=Fidus - Outward Hound - Release of Trademark Security Agreement (Kyjen) [Executed 4-5-21]#page1.tif
source=Fidus - Outward Hound - Release of Trademark Security Agreement (Kyjen) [Executed 4-5-21]#page2.tif
source=Fidus - Outward Hound - Release of Trademark Security Agreement (Kyjen) [Executed 4-5-21]#page3.tif
source=Fidus - Outward Hound - Release of Trademark Security Agreement (Kyjen) [Executed 4-5-21]#page4.tif
source=Fidus - Outward Hound - Release of Trademark Security Agreement (Kyjen) [Executed 4-5-21]#page5.tif
source=Fidus - Outward Hound - Release of Trademark Security Agreement (Kyjen) [Executed 4-5-21]#page6.tif
source=Fidus - Outward Hound - Release of Trademark Security Agreement (Kyjen) [Executed 4-5-21]#page7.tif
source=Fidus - Outward Hound - Release of Trademark Security Agreement (Kyjen) [Executed 4-5-21]#page8.tif
source=Fidus - Outward Hound - Release of Trademark Security Agreement (Kyjen) [Executed 4-5-21]#page9.tif
source=Fidus - Outward Hound - Release of Trademark Security Agreement (Kyjen) [Executed 4-5-21]#page10.tif
source=Fidus - Outward Hound - Release of Trademark Security Agreement (Kyjen) [Executed 4-5-21]#page11.tif
source=Fidus - Outward Hound - Release of Trademark Security Agreement (Kyjen) [Executed 4-5-21]#page12.tif
source=Fidus - Outward Hound - Release of Trademark Security Agreement (Kyjen) [Executed 4-5-21]#page13.tif
source=Fidus - Outward Hound - Release of Trademark Security Agreement (Kyjen) [Executed 4-5-21]#page14.tif
source=Fidus - Outward Hound - Release of Trademark Security Agreement (Kyjen) [Executed 4-5-21]#page15.tif

**TRADEMARK**
**REEL: 007255 FRAME: 0320**

**RELEASE AND TERMINATION**
**OF SECURITY INTEREST IN TRADEMARK COLLATERAL**

THIS RELEASE AND TERMINATION OF SECURITY INTEREST IN TRADEMARK COLLATERAL, dated as of April 5, 2021 (this "Release"), is made by **FIDUS INVESTMENT CORPORATION**, a Maryland corporation, acting in its capacity as collateral agent (in such capacity, the "Collateral Agent") under (i) that certain Trademark Security Agreement, dated as of December 8, 2017 (as amended, restated, amended and restated, supplemented or otherwise modified and in effect from time to time, the "2017 Trademark Security Agreement"), by and between **THE KYJEN COMPANY, LLC**, a Colorado limited liability company with an address of 15514 E Hinsdale Circle, Unit A, Centennial, Colorado, 80112 (the "Grantor") and the Collateral Agent and (ii) that certain Trademark Security Agreement, dated as of October 11, 2018 (as amended, restated, amended and restated, supplemented or otherwise modified and in effect from time to time, the "2018 Trademark Security Agreement" and together with the 2017 Trademark Security Agreement, collectively, the "Trademark Security Agreements"), by and between Grantor and the Collateral Agent.

WHEREAS, pursuant to the 2017 Trademark Security Agreement which was recorded in the records of the United States Patent and Trademark Office on December 14, 2017, at reel 6228, frame 0242, the Grantor granted to the Collateral Agent a continuing security interest in all of the Grantor's right, title and interest in, to and under its owned or thereafter acquired trademarks, including those set forth on the attached Schedule I (the "2017 Trademark Collateral");

WHEREAS, pursuant to the 2018 Trademark Security Agreement which was recorded in the records of the United States Patent and Trademark Office on November 7, 2018 at reel 6535, frame 0597, the Grantor granted to the Collateral Agent a continuing security interest in all of the Grantor's right, title and interest in, to and under its owned or thereafter acquired trademarks, including those set forth on the attached Schedule II (the "2018 Trademark Collateral" and together with the 2017 Trademark Collateral, collectively, the "Trademark Collateral");

WHEREAS, pursuant to that certain Payoff Letter, dated as of April 2 , 2021, by and between the Grantor, the other signatories party thereto and the Collateral Agent, the Grantor has requested and the Collateral Agent has agreed to (a) release any and all security interests it may have in the Trademark Collateral pursuant to the Trademark Security Agreements and (b) provide a document suitable for recording in the United States Patent and Trademark Office evidencing and effecting the release, termination, relinquishment and discharge of its security interest in the Trademark Collateral.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Collateral Agent does hereby, in each case, without recourse, representation or warranty of any kind whatsoever, (a) terminate the liens and security interest created under the Trademark Security Agreements in the Trademark Collateral, (b) release and relinquish its security interest in the Trademark Collateral, and (c) discharge any and all rights, title and interest it has in and the security interest granted to the Collateral Agent in the Trademark Collateral. The Collateral Agent agrees, or authorizes the Grantor, to make filings

**TRADEMARK**
**REEL: 007255 FRAME: 0321**

with the United States Patent and Trademark Office and take further actions, as reasonably requested by the Grantor to evidence the release and termination of the Collateral Agent's security interests in the Trademark Collateral.

THIS RELEASE SHALL BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK.

[*Signature page follows*]

13675624v2 18865.00130

**TRADEMARK**
**REEL: 007255 FRAME: 0322**

DocuSign Envelope ID: EAA4725E-6EFC-4EEA-9554-5A5A8A9A934D

**COLLATERAL AGENT:**

**FIDUS INVESTMENT CORPORATION,**
as Collateral Agent

By: _Robert Lesley_
Name: Robert Lesley
Title: Partner

[Signature Page to Release of Trademark Security Agreement (Kyjen)]

13675624v2 18865.00130

## SCHEDULE I

### 2017 Trademark Collateral

| Trademark | Application Number/Date | Registration Number/Date |
|---|---|---|
| "PICK UP WHERE YOUR DOG LEFT OFF" | 86202837 February 24, 2014 | 4601518 September 9, 2014 |
| 3IN1 UP FEEDER | 86947719 March 21, 2016 | 5134846 January 31, 2017 |
| BEYOND BONE | 86086821 October 9, 2013 | 4633924 November 4, 2014 |
| BONEBLEND | 86247254 April 9, 2014 | 5003813 July 19, 2016 |
| BUZZWOOF | 86947745 March 21, 2016 | 5068258 October 25, 2016 |
| CAGEY CUBE | 85575188 March 21, 2012 | 4249477 November 27, 2012 |
| CATNIP BLASTED CATNIP ATTACHED TO HELP INCREASE PLAYTIME and Design  | 87302125 January 13, 2017 | 5353694 / December 12, 2017 |
| CHEW SHIELD TECHNOLOGY and Design  | 87302049 January 13, 2017 (Application suspended based on a prior pending application for CHEW SHIELD (App. No. 86464741) | n/a |

136756242.18865.00130

| Trademark | Application Number/Date | Registration Number/Date |
|---|---|---|
| CHICK-A-BONE | 87458190<br>May 21, 2017 | 5359645 / December 19, 2017 |
| CRUNCHCORE | 76713287<br>January 24, 2013 | 4359507<br>July 2, 2013 |
| DEERHORN | 87185272<br>September 27, 2016 | 5116333<br>January 3, 2017 |
| DOG GAMES | 77571488<br>September 16, 2008 | 4239599<br>November 13, 2012 |
| DOG GAMES and Design | 85177335<br>November 15, 2010 | 4008839<br>August 9, 2011 |
| DOG GAMES PUZZLE TOYS and Design<br>DOG GAMES PUZZLE TOYS | 85481165<br>November 27, 2011 | 4232744<br>October 30, 2012 |
| DOGGIE JOGGER | 78841749<br>March 20, 2006 | 3424468<br>May 6, 2008 |
| DOGGY BLOCKS SPINNER | 86168012<br>January 16, 2014 | 4553649<br>June 17, 2014 |
| DOGWOOD | 76712819<br>November 13, 2012 | 4514817<br>April 15, 2014 |
| DUBLIN DOG | 77568757<br>September 12, 2008 | 3753697<br>March 2, 2010 |
| DUBLIN DOG YOU SHOULD BE SO LUCKY. and Design | 77208707<br>June 18, 2007 | 3477707<br>July 29, 2008 |
| ELKRIDGE<br>DUBLIN DOG | 86369727 | 5060029 |

| Trademark | Application Number/Date | Registration Number/Date |
|---|---|---|
| EVER CRUNCH and Design | 87045205<br>August 18, 2014<br>May 20, 2016 | 5109632<br>October 11, 2016<br>December 27, 2016 |
| EXTREME HIDE A SQUIRREL | 85591708<br>April 6, 2012 | 4234134<br>October 30, 2012 |
| FINITY | 86810321<br>November 5, 2015 | 5079507<br>November 8, 2016 |
| FIRE BITERZ | 86952437<br>March 24, 2016 | 5068608<br>October 25, 2016 |
| FLEECY CLEANS | 77085024<br>January 17, 2007 | 3282284<br>August 21, 2007 |
| FUN FEEDER SLO BOWL | 87592420<br>August 31, 2017 | 5418287<br>March 6, 2018 |
| GIVE THE GIFT OF PLAY | 86168003<br>January 16, 2014 | 4612840<br>September 30, 2014 |
| GREENMAGIC | 76690775<br>June 17, 2008 | 3692958<br>October 6, 2009 |
| HANDS FREE HIPSTER | 86650894<br>March 2, 2015 | 4835764<br>October 20, 2015 |
| HEALTHY PORTION | 78666502<br>July 8, 2005 | 3248440<br>May 29, 2007 |
| HIDE A BEE | 85447304<br>October 14, 2011 | 4157501<br>June 12, 2012 |
| HIDE A BIRD | 85447309<br>October 14, 2011 | 4160602<br>June 19, 2012 |
| HIDE A SQUIRREL | 77028347<br>October 24, 2006 | 3278965<br>August 14, 2007 |
| INDESTRUCTIBLES | 85460980<br>October 31, 2011 | 4157870<br>June 12, 2012 |
| INSTINCT CONTOUR NESTING BEDS | 85265682<br>March 13, 2011 | 4028886<br>September 20, 2011 |
| INTELLIBONE | 76390643<br>April 2, 2002 | 2677717<br>January 21, 2003 |

136756242 18865.00130

| Trademark | Application Number/Date | Registration Number/Date |
|---|---|---|
| INVINCIBLE SQUEAKERS KEEPS SQUEAKIN' IF PUNCTURED! and Design | 87289577 January 4, 2017 | n/a |
| INVINCIBLES | 85224850 January 24, 2011 | 4012367 August 16, 2011 |
| INVIRONMENT | 86032214 August 8, 2013 | 4685511 February 10, 2015 |
| IQUBE | 85457354 October 27, 2011 | 4157847 June 12, 2012 |
| KAZOOTIES | 85912658 April 23, 2013 | 4396343 September 3, 2013 |
| KEEPING DOGS ACTIVE AND ENGAGED | 85265684 March 13, 2011 | 4124307 April 10, 2012 |
| KEEPS SQUEAKIN' WHEN PUNCTURED and Design | 86105940 October 30, 2013 | 4587649 August 19, 2014 |
| Kyjen and Design | 86150511 December 22, 2013 | 4596176 September 2, 2014 |
| KIBBLE DROP | 85575197 March 21, 2012 | 4249479 November 27, 2012 |
| LAUNCH-A-BALL | 77197385 June 4, 2007 | 3460650 July 8, 2008 *(Renewal deadline July 8,* |

13675624v2 18865.00130

| Trademark | Application Number/Date | Registration Number/Date |
|---|---|---|
| LEASH MATE | 85362545, July 3, 2011 | 4163580, June 26, 2012 |
| LUCKY DOG SLOTS | 86550902, March 2, 2015 | 4835765, October 20, 2015 |
| MADCAP | 86377356, August 26, 2014 | 4828523, October 6, 2015 |
| MOON ROVER RESCUE | 85591698, April 6, 2012 | 4253348, December 4, 2012 |
| NEWHIDE | 87262893, December 8, 2016 | 5241084, July 11, 2017 |
| OCCUPI | 76695597, February 2, 2009 | 3783100, May 4, 2010 |
| ORKA | 76596302, June 7, 2004 | 3051437, January 24, 2006 |
| OUTWARD HOUND | 75458781, March 30, 1998 | 2709593, April 22, 2003 |
| OUTWARD HOUND RAISE THE WOOF and Design | 86667690, June 19, 2015 | 4912829, March 8, 2016 |
|  OUTWARD HOUND RAISE THE WOOF and Design | 86667663, June 18, 2015 | 4931380, April 5, 2016 |
| PAW FLAPPER | 85640335, May 31, 2012 | 4246112, November 20, 2012 |
| PAW HIDE | 85228238, January 27, 2011 | 4012600, August 16, 2011 |
| PETSTAGES | 76635056, August 6, 2003 | 3340458, November 20, 2007 |
| PETSTAGES | 76537520, August 15, 2003 | 2930186, March 8, 2005 |

1367562v2 18865.00130

| Trademark | Application Number/Date | Registration Number/Date |
|---|---|---|
| PETSTAGES and Design **Petstages** | 76537521 August 15, 2003 | 3067057 March 14, 2006 |
| PETSTAGES and Design **Petstages** | 76537524 August 15, 2003 | 3340461 November 20, 2007 |
| PFAT BAG | 86199676 February 20, 2014 | 4601504 September 9, 2014 |
| PIP SQEAKS | 78297888 September 9, 2003 | 2908525 December 7, 2004 |
| PLUSH BUDDIES | 85467700 November 8, 2011 | 4157895 June 12, 2012 |
| PLUSH PUPPIES | 76340774 November 20, 2001 | 3203221 January 30, 2007 |
| PLUSH PUPPIES SQUEAKER MAT | 86252051 April 14, 2014 | 4640942 November 18, 2014 |
| POLYTEX | 78297894 September 9, 2003 | 2881726 September 7, 2004 |
| POOCH PICK-UP | 77567244 September 10, 2008 | 3611770 April 28, 2009 |
| PORT-A-BOWL | 77083300 January 15, 2007 | 3279252 August 14, 2007 |
| PRODUCTS WITH PURPOSE | 86963937 April 4, 2016 | 5263470 August 15, 2017 |
| PUZZLE PLUSH | 85449223 October 17, 2011 | 4157679 June 12, 2012 |
| PUZZLE SCRATCH | 87474466 June 4, 2017 *(Response to office action due February 29, 2018)* | 5430255 March 20, 2018 |
| REBOUND | 86613858 April 29, 2015 | 5028061 August 23, 2016 |
| RUFFWOOD | 86148747 December 19, 2013 | 4533751 May 20, 2014 |

| Trademark | Application Number/Date | Registration Number/Date |
|---|---|---|
| SEEK SQUEAK REPEAT | 86193513<br>February 13, 2014 | 4601425<br>September 9, 2014 |
| SLINGSOCK | 86577161<br>March 26, 2015 | 5027965<br>August 23, 2016 |
| SLO-BOWL | 86016993<br>July 23, 2013 | 4501130<br>March 25, 2014 |
| SMART PAW | 78666481<br>July 8, 2005 | 3420018<br>April 29, 2008<br>(Renewal due April 29, 2018) |
| SNEAKY SQUEAKY BALL | 87670286<br>November 2, 2017 | 5433590<br>March 27, 2018 |
| SPILL GUARD | 86093697<br>October 17, 2013 | 4598864<br>September 2, 2014 |
| SSSUPREME SNAKES | 87614788<br>September 19, 2017 | 5433523<br>March 27, 2018 |
| STAR SPINNER DOG TOY PUZZLE and Design | 85599292<br>April 16, 2012 | 4404158<br>September 17, 2013 |
| THE WOOF PACK and Design | 86242158<br>April 4, 2014 | 4757258<br>June 16, 2015 |
| THEY KEEP ON SQUEAKING EVEN WHEN PUNCTURED! | 85775878<br>November 9, 2012 | 4287105<br>February 5, 2013 |
| THOR | 76707127<br>April 1, 2011 | 4222076<br>October 9, 2012 |
| THOR and Design | 76707128<br>April 1, 2011 | 4222077<br>October 9, 2012 |

13675624v2 18865.00130

| Trademark | Application Number/Date | Registration Number/Date |
|---|---|---|
|  | 86168007<br>January 16, 2014 | 4551944<br>June 17, 2014 |
| TIC-TAC-TWIRL | 86273760<br>May 7, 2014 | 4828040<br>October 6, 2015 |
| TIGER SEAMZ | 87314930<br>January 26, 2017 | 5241606<br>July 11, 2017 |
| TOUGH SEAMZ | 87581187<br>August 23, 2017 | 5428383<br>March 20, 2018 |
| TOWER OF TRACKS | 85575190<br>March 21, 2012 | 4278553<br>January 22, 2013 |
| TREAT TRIAD | 85593309<br>April 16, 2012 | 4404159<br>September 17, 2013 |
| TREAT WHEEL DOG TOY PUZZLE and Design | | |
|  | 86459440<br>November 19, 2014 | 4923858<br>March 22, 2016 |
| TREATER TOTTER | 85640099<br>May 31, 2012 | 4246111<br>November 20, 2012 |
| TUFF GUYS | 85478379<br>November 21, 2011 | 4157911<br>June 12, 2012 |
| TUFF ONES | 77093974<br>January 29, 2007 | 3279263<br>August 14, 2007 |
| WALK 'N ROLL | 86131549<br>November 27, 2013 | 4551892<br>June 17, 2014 |
| YIN-YANG-YUM | 87/681428<br>11/12/2017 | Pending |
| HEDGEHOGZ | | |

136756242.2 18865.00130

| Trademark | Application Number/Date | Registration Number/Date |
|---|---|---|
| DOG SMART | 87/681423<br>11/12/2017 | 5497299<br>June 19, 2018 |
| DOG HIDE 'N SLIDE | 87/681401<br>11/12/2017 | 5497296<br>June 19, 2018 |
| DOG WORKER | 87/681395<br>11/12/2017 | 5497295<br>June 19, 2018 |
| FUN FEEDER | 87/536733<br>7/20/2017 | 5412084<br>February 27, 2018 |
| LIL' RIPPERS | 85/897265<br>4/6/2013 | 4400254<br>9/10/2013 |

13675624v2 18865.00130

## SCHEDULE II

### 2018 Trademark Collateral

| Mark | Serial No. (Filing Date) | Reg. No. (Reg. Date) |
|---|---|---|
| GURU | 88/082547 (08/17/2018) | n/a |
| STROBE | 87/633612 (10/04/2017) | 5,499,608 (06/19/2018) |
| CAMPUS DOG | 86/978321 (03/24/2014) | 4,924,485 (03/22/2016) |
| SNOOP | 86/032130 (08/08/2013) | 4,497,880 (03/18/2014) |
| MAZEE | 85/432886 (09/27/2011) | 4,184,375 (07/31/2012) |
| PLANET CAT | 78/895474 (05/30/2006) | 3,222,718 (03/27/2007) |
| ZOOM FLYER | 78/812187 (02/10/2006) | 3,204,691 (01/30/2007) |
| SIT. SPEAK. ACT. | 78/750774 (11/09/2005) | 3,209,771 (02/13/2007) |
| DOUBLE-TUFF | 78/758197 (11/21/2005) | 3,204,684 (01/30/2007) |
| RECYCLEBALL | 78/504964 (10/25/2004) | 3,091,455 (05/09/2006) |
| RECYCLEBONE | 78/504962 (10/25/2004) | 3,091,454 (05/09/2006) |
| GUS | 78/617760 (04/27/2005) | 3,600,204 (03/31/2009) |

**TRADEMARK**
**REEL: 007255 FRAME: 0333**

136756.24v2 18865.00130

| Mark | Serial No. (Filing Date) | Reg. No. (Reg. Date) |
|---|---|---|
| GURU | 88/082547 (08/17/2018) | n/a |
| WHISTLE BALL | 78/528453 (12/07/2004) | 3,541,789 (12/02/2008) |
| SNACK SACK | 78/483028 (09/14/2004) | 3,086,569 (04/25/2006) |
| ORBEE-TUFF | 78/350590 (01/12/2004) | 2,916,527 (04/25/2006) |
| WOOD CHUCK | 77/790843 (07/28/2009) | 3,881,032 (11/23/2010) |
| PLANET DOG EST. 1997 & Design | 77/037889 (11/06/2006) | 3,281,982 (08/21/2007) |
| PLANET DOG | 77/037934 (11/06/2006) | 3,281,985 (08/21/2007) |
| LET FREEDOM ROMP! DID YOU KNOW ALL OF PLANET DOG'S ORBEE-TUFF TOYS ARE NOW MADE IN THE U.S.A.? & Design | 77/328957 (11/14/2007) | 3,565,655 (01/20/2009) |

136756624v2 18865.00130

| Mark | Serial No. (Filing Date) | Reg. No. (Reg. Date) |
|---|---|---|
| GURU | 88/082547 (08/17/2018) | n/a |
| RESCUE. RAISE. LOVE. ADOPT. & Design  | 77/436079 (03/31/2008) | 3,530,512 (11/11/2008) |
| WOOFMINSTER DOG SHOW | 77/292817 (10/01/2007) | 3,522,099 (10/21/2008) |
| SLOBBER-WICK | 77/128161 (03/12/2007) | 3,458,983 (07/01/2008) |
| PLANET DOG | 76/130064 (09/18/2000) | 2,490,662 (09/18/2001) |
| LIFE'S A BONE | 76/510543 (05/01/2003) | 2,816,881 (02/24/2004) |
| ORBEE | 76/287024 (07/19/2001) | 2,536,601 (02/05/2002) |
| PLANET DOG | 75/369263 (10/07/1997) | 2,169,756 (06/30/1998) |